UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUSTIN ANAYA, )<br>)<br>Defendant. ) | NO. 2:17CR138-PPS/JEM |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Justin Anaya's request to enter a plea of guilty to Count 1 of the Indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  [DE 939.]  At a hearing on the record on October 13, 2021 [DE 942], Judge Martin found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty.  Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence.  Neither party has filed a timely objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Justin Anaya's plea of guilty to Count 1 of the Sixth Superseding

Indictment, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 942] in their entirety.

Defendant Justin Anaya is adjudged GUILTY of Count 1 of the Sixth Superseding Indictment, a charge of Conspiracy to Participate in Racketeering Activity.

The sentencing hearing is set for February 3, 2022 at 8:30 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: October 28, 2021.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT